# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ANTHONY WAY, ET AL.                             CIVIL ACTION NO.

VERSUS                                          24-416-SDD-SDJ

D.R. HORTON, INC., ET AL.

## RULING

The Court has carefully considered the motion,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Scott D. Johnson dated February 27, 2025, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiffs' Motion to Remand[4] is DENIED.

**IT IS FURTHER ORDERED** that Plaintiffs' claims against Defendants Performance Contractors, Inc., MMR Group, Inc., ISC Constructors, LLC, Repcon, Inc., and Darryl Lessard are DISMISSED WITHOUT PREJUDICE. The Plaintiff shall be granted 30 days leave to amend.

Signed in Baton Rouge, Louisiana, on this 18 day of March, 2025.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 37.
[2] Rec. Doc. 78.
[3] Rec. Doc. 79.
[4] Rec. Doc. 37.